**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 96-7590**

―――――――――――

EARL HOLLOWAY,

Plaintiff - Appellant,

versus

TIM BETHEA, of "Outside Detail" at Evans Cor-
rectional Institution; GARVIN GAIEL, Doctor at
Evans Correctional Institution,

Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (CA-96-1906-3-22BC)

―――――――――――

Submitted:  January 9, 1997          Decided:  January 24, 1997

―――――――――――

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Earl Holloway, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Earl Holloway appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Holloway v. Bethea</u>, No. CA-96-1906-3-22BC (D.S.C. Sept. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>